NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMMY LYNN DUKE,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1256

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00581-MRS, Judge Molly R. Silfen.

---

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is ordered that:

(1) The stay is lifted.

2                                                          DUKE v. US


(2) The notice of appeal be, and the same hereby is,
    DISMISSED, for failure to prosecute in accordance
    with the rules.




                                        FOR THE COURT


March 11, 2025                          Jarrett B. Perlow
    Date                               Clerk of Court